Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
### for the
District of New Jersey ☐▼

_____Trenton____ Division

Howard Lee Margulis

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes  ☐ No

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

New Jersey Department of Human Services; Sarah
Adelman, in both her personal and official capacity; and
Andrea Katz, in both her personl and official capacity

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Howard Lee Margulis |
| Address | 11 Vestry Street - Fifth Floor |

| New York | NY | 10013 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | New York |
| Telephone Number | 732.616.0100 |
| E-Mail Address | hmargulis@maxencapital.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | New Jersey Department of Human Services |
| Job or Title *(if known)* | |
| Address | 222 South Warren Street |

| Trenton | NJ | 08608 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Mercer |
| Telephone Number | 609.292.3717 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Sarah Adelman |
| Job or Title *(if known)* | Acting Commissioner |
| Address | 222 South Warren Street |

| Trenton | NJ | 08608 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Mercer |
| Telephone Number | 609.292.3717 |
| E-Mail Address *(if known)* | sarah.adelman@dhs.state.nj.us |

☐ Individual capacity    ☑ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | Andrea Katz, Esq. |
| Job or Title *(if known)* | Chief of Staff |
| Address | 222 South Warren Street |
| | Trenton     NJ     08608 |
| | *City*     *State*     *Zip Code* |
| County | Mercer |
| Telephone Number | 609.292.3717 |
| E-Mail Address *(if known)* | andrea.katz@dhs.state.nj.us |

✔ Individual capacity     ☐ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | *City*     *State*     *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

✔ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? Defendants have acted in concert to deprive me of my right to a U.S. passport by refusing to accept a proffer of the stated child support arrears on record with the defendants and releasing the passport with the federal government as provided under 42 U.S.C. Sec. 652 (k)(1) which specifies that the state agency shall release the passport hold once payment arrangements have been made for the amount in arrears. In this matter, defendants have refused to accept payment and release the passport.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendants have acted in concert to deprive me of my right to a U.S. passport by refusing to accept a proffer of the stated child support arrears on record with the defendants and releasing the passport with the federal government as provided under 42 U.S.C. Sec. 652 (k)(1) which specifies that the state agency shall release the passport hold once payment arrangements have been made for the amount in arrears. In this matter, defendants have refused to accept payment and release the passport.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

The events at issue concern an ostensible past due child support account balance recorded by the defendants. Plaintiff has repeatedly sought to make payment to the defendants and the defendants have persistently and repeatedly refused to make such arrangements as required by federal law.

B.      What date and approximate time did the events giving rise to your claim(s) occur?

The passport revocation was commenced in 2020 and continues to the present despite the fact that defendants released the passport renewal hold in 2019 upon my payment to them of half the amount owed at that time.

C.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The defendants have refused to release a passport hold with the U.S. Department of State that led to my passport being seized at Newark airport in March 2021. I have offered to make full payment of the amount claimed in the defendants own records in order to obtain the passport release as provided in 42 U.S.C. Sec. 652 (k)(1) and defendants have refused to do so, even though defendants did exactly that for me in 2019 upon my passport renewal. In this case, defendants have acted irrationally and in violation of clearly settled law under color of state law to deprive me of my passport and associated constitutional rights.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have been deprived of the right to travel beyond the borders of the United States as is provided for every passport holder and I am fully eligible to have a passport.  The defendants' refusal to release the passport hold and accept my payment is a continuing constitutional injury each and every day.

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I want the court to order DHS to accept payment of the recorded child support arrears amount of USD $ 53,000 and issue a clearance to the U.S. State Department to reinstate my passport as provided by federal law.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          07/13/2021

Signature of Plaintiff

Printed Name of Plaintiff        Howard Lee Margulis, Esq.

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address